IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA



FILED

DEC 09 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**KENDALL BRIAN MORGAN,**<br><br>*Defendant.* | SEALED<br>Case No.<br><br>**CR 21-381-RAW** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
[18 U.S.C. § 242]

On or about January 25, 2017, within the Eastern District of Oklahoma, the defendant **KENDALL BRIAN MORGAN**, then employed as the Undersheriff of the LeFlore County Sheriff's Department, while acting under color of the laws of the State of Oklahoma, willfully deprived arrestee D.P. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, **KENDALL BRIAN MORGAN** struck D.P. while D.P. was handcuffed behind his back and unresisting. The offense resulted in bodily injury to D.P. All in violation of Title 18, United States Code, Section 242.

## COUNT TWO

### DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
[18 U.S.C. § 242]

On or about January 25, 2017, within the Eastern District of Oklahoma, the defendant **KENDALL BRIAN MORGAN**, then employed as the Undersheriff of the LeFlore County

Sheriff's Department, while acting under color of the laws of the State of Oklahoma, willfully deprived arrestee A.S. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, **KENDALL BRIAN MORGAN** struck A.S. while he was handcuffed behind his back and unresisting. The offense resulted in bodily injury to A.S. All in violation of Title 18, United States Code, Section 242.

## COUNT THREE

### DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
### [18 U.S.C. § 242]

On or about December 13, 2017, within the Eastern District of Oklahoma, the defendant **KENDALL BRIAN MORGAN**, then employed as the Undersheriff of the LeFlore County Sheriff's Department, while acting under color of the laws of the State of Oklahoma, willfully deprived arrestee C.R., a juvenile, of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, **KENDALL BRIAN MORGAN** struck C.R. while C.R. was unresisting, both before and after C.R. was handcuffed. The offense resulted in bodily injury to C.R. All in violation of Title 18, United States Code, Section 242.

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

KRISTEN CLARKE
Assistant Attorney General

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

_____
JARROD LEAMAN, OBA #22623
Assistant United States Attorney
AVNER SHAPIRO, D.C. Bar #452375
Trial Attorney, Criminal Section, Civil Rights Division